UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MANUEL TIJERINO | CIVIL ACTION |
| V. | NO. 21-907 |
| ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND | SECTION "H"(3) |

## JUDGMENT

For reasons issued December 5, 2022, and filed herein (Doc. 40);

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be granted in favor of the defendant and against the plaintiff, and that plaintiff's claims in this matter are **DISMISSED WITH PREJUDICE**

Signed in New Orleans, Louisiana, this 6th day of December, 2022.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE